**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7846**

TIMOTHY EARL WASHINGTON,

Petitioner - Appellant,

v.

CHRISTOPHER ZYCH,

Respondent - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Norman K. Moon, Senior District Judge.  (7:13-cv-00503-NKM-RSB)

Submitted:  April 29, 2019                                      Decided:  May 3, 2019

Before AGEE, WYNN, and QUATTLEBAUM, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Timothy Earl Washington, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Earl Washington, a federal prisoner, appeals the district court's order dismissing his 28 U.S.C. § 2241 (2012) petition challenging his 180-month sentence for being a felon in possession of a firearm under 18 U.S.C. §§ 922(g)(1), 924(e) (2012). While this appeal was pending, the United States District Court for the District of South Carolina granted Washington's 28 U.S.C. § 2255 (2012) motion. He was resentenced and released from custody, and is not subject to any additional supervised release. "Mootness is a jurisdictional question and thus may be raised *sua sponte* by a federal court at any stage of proceedings." *United States v. Springer*, 715 F.3d 535, 540 (4th Cir. 2013) (citation omitted). Because Washington has already been granted the relief that he sought in his § 2241 petition, we conclude that the appeal is moot.

Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*